UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA LEE WRAY-KANE,

        Plaintiff,

v.                                                CASE NO: 8:11-cv-854-T-26TGW

WEST MEMPHIS POLICE DEPARTMENT
and JOHN DOES 1 THROUGH 200,

        Defendants.
_____/

**O R D E R**

      Plaintiff, proceeding *pro se*, has filed a lawsuit against the West Memphis Police Department located in West Memphis, Arkansas, and 200 John Doe Defendants accusing them of a host of civil rights and international law violations. Although the Court is required to construe her complaint liberally and hold it to a less stringent standard than if drafted by an attorney, nevertheless, Plaintiff must still comply with the procedural rules governing pleadings. See Scruggs v. Adkinson, 2011 WL 1409364, at *1 (11th Cir. April 13, 2011) (citing Tannenbaum v. United States, 148 F.3d 1262, 1263 (11th Cir. 1998) and Moton v. Cowart ___ F.3d ___, 2011 WL 310762, at *2, n.2 (11th Cir. Feb. 2, 2011)).

      Measured against these standards, Plaintiff's complaint wholly fails to comply with the pleadings requirements of Rule 8(a)(2) because it fails to allege in any manner the factual basis for Plaintiff's claim for relief against any of the Defendants. Her

complaint is nothing more than a nonsensical recitation of various state and federal constitutional articles and amendments, federal statutory laws, and international treaties. Consequently, Plaintiff will be directed to replead her complaint consistent with the requirements of Rule 8(a)(2) which requires "a short and plain statement of the claim showing that the pleader is entitled to relief[.]"  In doing so, Plaintiff is put on notice that Eleventh Circuit precedent holds that a police department is not a legal entity capable of being sued.  See Nettles v. Pensacola Police Dep't, 2011 WL 1408898, at *1, n.1 (11th Cir. April 13, 2011) (citing Dean v. Barber, 951 F.2d 1210, 1214 (11th Cir. 1992)).

Accordingly, Plaintiff is directed to file an amended complaint which complies with the pleading requirements of Rule 8(a)(2) on or before May 2, 2011, failing which this case will be dismissed without prejudice and without further notice.

**DONE AND ORDERED** at Tampa, Florida, on April 20, 2011.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record