Donna Lee Wray-Kane

c/o 501 N Madison Avenue

Clearwater, Florida

(727) 449 9419

In propria persona

FILED

11 MAY -2 PM 2: 37

CLERK U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

Donna Lee Wray-Kane

under FRCP Rule 17(a) Executor

Plaintiff,

V.

WEST MEMPHIS POLICE DEPARTMENT

JOHN DOE DEFENDANTS 1 THROUGH 200

Defendants.

_____/

Case No. 8:11-cv-854-RAL-TGW

COMPLAINT OF OFFICAL TORTURE

KILLINGS AND CIVIL RIGHTS VIOLATIONS

PURSUANT TO BIVINS V SIX UNKNOWN

FBI AGENTS 403  US 388

**TO THE HONORABLE COURT**

## STATEMENT OF CLAIM

1. My husband Jerry Kane and 16 year old minor stepson Joseph were murdered by JOHN DOES of the West Memphis Police Department and other JOHN DOES in West Memphis, AR. On May 20, 2010.

2. My husband and stepson were wrongfully believed to have killed two (2) officers at a traffic stop 90 minutes earlier, one exit west.

3. The head law enforcement officer Chief Bob Paudert grabbed his pistol to go kill the suspects himself.

4. Law enforcement shot 150+ rounds at my family and killed them in a Walmart parking lot.

5. In obtaining the autopsy reports of the fallen officers, it is impossible for my 16 year old stepson to have been the shooter as the official story alleges.

6. One of the officers autopsy reports proves he was killed by being shot from the front, back, both left and right sides in downward, level and upward angles and in the head from right to left, front to back and back to front proving a surround strategic hit position of multiple shooters.

7. 2 distinctly separate automatic weapons rounds were found at the scene of the fallen officers.

8. This indicates a strategic hit by several professionals, not a 16 year old minor unskilled with a weapon.

9. The Arkansas Craighead County Prosecutors office and Chief Paudert willfully and maliciously obstructed justice by sitting on this information, concealing this information for almost a year.

10. Arkansas JOHN DOES killed my family that didn't fit the description of the killers.

11. Arkansas JOHN DOES killed my family whose vehicle didn't fit the description of the killers vehicle.

12. JOHN DOES tried to cover this up by reverse engineering a faked dash cam released 41 days later with no audio.

13. JOHN DOES reverse engineered a poorly produced fake dash cam to willfully and maliciously create a nexus and place my family at a traffic scene they were never involved in.

14. Arkansas JOHN DOES willfully and deliberately withheld and concealed the fallen officers autopsy reports proving my stepson and husband were not involved in the alleged traffic stop.

15. JOHN DOES willfully and deliberately recreated reenactments that did not match the crime scene photos and put the recreated reenactments out into the public as genuine.

16. Arkansas JOHN DOES willfully and deliberately withheld and concealed information in effort to escape liability for the torture killings and wrongful deaths of my family.

17. My husband and stepson were tortured, wrongfully killed and deprived of due process under color of law.

18. My husbands torture and wrongful death has caused me great anguish.

19. My stepsons torture and wrongful death has caused me great anguish.

20. The fake dash cam depicts a man purporting to be my husband, with a morbidly obese abdomen on May 20, 2010.

21. The APS Criminal Laboratory shows my husband Jerry Kane the very next day at the autopsy having a slightly obese abdomen. I have maintained all along that it was not Jerry or Joe Kane.

My family was murdered without the right to due process under the mistaken belief they had killed two (2) officers at a traffic stop. When it was found it was not them, it was covered up. I have lost my family that were loving and kind people. I have been attacked and threatened with being shot for questioning the official story. I have lost Consortium. They were tortured and wrongfully killed.

## SWORN UNDER PENALTY OF PERJURY

I, the undersigned, having read the short, plain statement of claim, and swear under penalty of perjury from my direct and personal knowledge of its contents to be true, correct, complete, and not intended to be misleading. That which is alleged on information and belief, I believe to be true, to the best of my ability.

Executed this day of 2 May 2011 at Clearwater, Florida.

By: *Donna Lee Wray-Kane* [signature]

...Donna Lee Wray-Kane/Wray

One of the sovereign People of Florida

All Rights Reserved W.P. UCC 1-308/1-207

State of Florida   )
                   ) ss:
County of Pinellas )

### JURAT

BEFORE ME personally appeared Donna L Wray-Kane/Wray grantor/executor, in the above styled case who, being by me first duly sworn under penalty of perjury and personally known to me or identified in accordance with Florida law, executed the foregoing in my presence the date last hereinabove appearing.

*Alexandra Faust* [signature]

Notary Public

ALEXANDRA FAUST
Notary Public - State of Florida
My Comm. Expires Jan 4, 2015
Commission # EE 52521